■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v FELIX PEREZ, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on August 1, 1986, unanimously affirmed. Application to withdraw or limit appeal to sentence is denied. No opinion. Concur—Kupferman, J. P., Asch, Kassal, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL KNOLL, Appellant.—Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on March 26, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Asch, Kassal, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LEE, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on October 9, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.